UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS** <br> *Plaintiff* <br><br> V. <br><br> **M/V MSC VANESSA, AND HER TACKLE, EQUIPMENT, AND APPURTENANCES,** *in rem* <br><br> *Defendant.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ <br><br> ADMIRALTY <br><br> Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

## EMERGENCY *EX PARTE* MOTION FOR ISSUANCE OF A WARRANT FOR THE ARREST OF THE M/V MSC VANESSA

Plaintiff, Port of Houston Authority of Harris County, Texas ("Port Houston") by and through undersigned counsel, hereby moves this Court pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims or Asset Forfeiture Actions for the issuance of a warrant for the arrest of the defendant vessel, the M/V MSC VANESSA and her tackle, equipment, and appurtenances.

In further support of this motion, Port Houston refers to the Verified Complaint and the Verification, and submit a draft order.

WHEREFORE, the plaintiff respectfully request this Court grant their motion.

Dated: January 1, 2025.

Respectfully submitted,

*/s/Kelly C. Hartmann*
Kelly C. Hartmann
  State Bar No. 24055631
  Federal Bar No. 777411
  khartmann@gallowaylawfirm.com
Trenton J. Wallis
  State Bar No. 24113454
  Federal Bar No. 3412033
  twallis@gallowaylawfirm.com
Jacob C. Soto
  State Bar No. 24126644
  Federal Bar No. 3712679
  jcsoto@gallowaylawfirm.com
John C. Lovell
  State Bar No. 24134474
  Federal Bar No. 3842781
  jlovell@gallowaylawfirm.com
 GALLOWAY, JOHNSON, TOMPKINS
  BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – telephone
(713) 599-0777 – facsimile

**ATTORNEYS FOR PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS**

2